No. **CR-17 00237** NC

BLF FILED
MAY 04 2017
CLERK, SUSAN Y. SOONG
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

*SAN JOSE DIVISION*

---

### THE UNITED STATES OF AMERICA
#### vs.

### RICARDO RIOS-ANGULO a/k/a Ricardo Perez-Lopez, ANGEL LOPEZ-RIVERA, MARTHA ZUNIGA-TIRADO, and SERGIO ANTONIO PADILLA-LOPEZ

---

### INDICTMENT

(SEE ATTACHMENT)

---

*A true bill.*

_____
*Foreperson*

Filed in open court this **4** day of **May 2017**

A.D. 2017

_____
UNITED STATES MAGISTRATE JUDGE
Nathanael Cousins

Bail. $ · arrest warrant for Lopez-Rivera only.
· No process for other defendants.

## ATTACHMENT TO INDICTMENT COVER

### U.S.
### v.
### RIOS-ANGULO, et al.

**OFFENSES CHARGED:**
21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A), and (b)(1)(C)—Conspiracy to Distribute Methamphetamine; 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and (b)(1)(C)—Possession with Intent to Distribute Methamphetamine; 21 U.S.C. § 853 and 28 U.S.C. § 2461(c)—Criminal Forfeiture

**Count One:** (21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)—Conspiracy to Distribute Methamphetamine)
**Defendants:**
RICARDO RIOS-ANGULO a/k/a Ricardo Perez-Lopez, and
ANGEL LOPEZ-RIVERA

    Penalties:
    Mandatory minimum 10 years imprisonment
    Maximum lifetime imprisonment
    Maximum Fine          $10,000,000
    Supervised Release:    5 years
    Special Assessment:    $100

**Count Two:** (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)—Possession with Intent to Distribute Methamphetamine)
**Defendants:**
RICARDO RIOS-ANGULO a/k/a Ricardo Perez-Lopez, and
ANGEL LOPEZ-RIVERA

    Penalties:
    Mandatory minimum 10 years imprisonment
    Maximum lifetime imprisonment
    Maximum Fine          $10,000,000
    Supervised Release:    5 years
    Special Assessment:    $100

\\\
\\\
\\\
\\\
\\\
\\\

**Count Three:** (21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(C)—Conspiracy to Distribute Methamphetamine)
**Defendants:**
RICARDO RIOS-ANGULO a/k/a Ricardo Perez-Lopez, and
MARTHA ZUNIGA-TIRADO

<u>Penalties</u>:
| | |
|---|---|
| Maximum Prison Sentence: | 20 years imprisonment |
| Maximum Fine: | $1,000,000 |
| Supervised Release: | Minimum 3 years |
| Special Assessment: | $100 |

**Count Four:** (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)—Possession with Intent to Distribute Methamphetamine)
**Defendants:**
RICARDO RIOS-ANGULO a/k/a Ricardo Perez-Lopez, and
MARTHA ZUNIGA-TIRADO

<u>Penalties</u>:
| | |
|---|---|
| Maximum Prison Sentence: | 20 years imprisonment |
| Maximum Fine: | $1,000,000 |
| Supervised Release: | Minimum 3 years |
| Special Assessment: | $100 |

**Count Five:** (21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(C)—Conspiracy to Distribute Methamphetamine)
**Defendants:**
RICARDO RIOS-ANGULO a/k/a Ricardo Perez-Lopez, and
SERGIO ANTONIO PADILLA-LOPEZ

<u>Penalties</u>:
| | |
|---|---|
| Maximum Prison Sentence: | 20 years imprisonment |
| Maximum Fine: | $1,000,000 |
| Supervised Release: | Minimum 3 years |
| Special Assessment: | $100 |

**Count Six:** (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)—Possession with Intent to Distribute Methamphetamine)
**Defendants:**
RICARDO RIOS-ANGULO a/k/a Ricardo Perez-Lopez, and
SERGIO ANTONIO PADILLA-LOPEZ

<u>Penalties</u>:
| | |
|---|---|
| Maximum Prison Sentence: | 20 years imprisonment |
| Maximum Fine: | $1,000,000 |
| Supervised Release: | Minimum 3 years |
| Special Assessment: | $100 |

**FORFEITURE ALLEGATION**: 21 U.S.C. § 853 and 28 U.S.C. § 2461(c)
**Defendants:**
RICARDO RIOS-ANGULO a/k/a Ricardo Perez-Lopez, and
ANGEL LOPEZ-RIVERA,
MARTHA ZUNIGA-TIRADO, and
SERGIO ANTONIO PADILLA-LOPEZ

       Penalties:
       Forfeiture

BRIAN J. STRETCH (CABN 163973)
United States Attorney

FILED
MAY 04 2017
SUSAN Y. SOONG
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> RICARDO RIOS-ANGULO, <br>   a/k/a Ricardo Perez-Lopez, <br> ANGEL LOPEZ-RIVERA, <br> MARTHA ZUNIGA-TIRADO, and <br> SERGIO ANTONIO PADILLA-LOPEZ, <br> Defendants. | NO. CR-17 00237 BLF NC <br><br> VIOLATIONS: 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A), and (b)(1)(C)—Conspiracy to Distribute Methamphetamine; 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and (b)(1)(C)—Possession with Intent to Distribute Methamphetamine; 21 U.S.C. § 853 and 28 U.S.C. § 2461(c)—Criminal Forfeiture <br><br> SAN JOSE VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE: (21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)—Conspiracy to Distribute Methamphetamine)

    Beginning at a time unknown to the Grand Jury, but no later than June 9, 2016, and continuing through and including June 9, 2016, in the Northern District of California and elsewhere, the defendants,

RICARDO RIOS-ANGULO,
a/k/a Ricardo Perez-Lopez, and
ANGEL LOPEZ-RIVERA,

INDICTMENT

and others known and unknown, unlawfully, knowingly, and intentionally conspired to distribute a Schedule II controlled substance, specifically, 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A)(viii).

COUNT TWO: (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A)—Possession with Intent to Distribute Methamphetamine)

On or about June 9, 2016, in the Northern District of California, the defendants,

RICARDO RIOS-ANGULO,
a/k/a Ricardo Perez-Lopez, and
ANGEL LOPEZ-RIVERA,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, specifically, 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

COUNT THREE: (21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(C)—Conspiracy to Distribute Methamphetamine)

Beginning at a time unknown to the Grand Jury, but no later than July 21, 2016, and continuing through and including July 21, 2016, in the Northern District of California and elsewhere, the defendants,

RICARDO RIOS-ANGULO,
a/k/a Ricardo Perez-Lopez, and
MARTHA ZUNIGA-TIRADO,

and others known and unknown, unlawfully, knowingly, and intentionally conspired to distribute a Schedule II controlled substance, specifically, methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(C).

//
//
//
//

COUNT FOUR: (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)—Possession with Intent to Distribute Methamphetamine)

On or about July 21, 2016, in the Northern District of California, the defendants,

        RICARDO RIOS-ANGULO,
        a/k/a Ricardo Perez-Lopez, and
        MARTHA ZUNIGA-TIRADO,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, specifically, methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

COUNT FIVE: (21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(C)—Conspiracy to Distribute Methamphetamine)

Beginning at a time unknown to the Grand Jury, but no later than April 19, 2017, and continuing through and including April 20, 2017, in the Northern District of California and elsewhere, the defendants,

        RICARDO RIOS-ANGULO,
        a/k/a Ricardo Perez-Lopez, and
        SERGIO ANTONIO PADILLA-LOPEZ,

and others known and unknown, unlawfully, knowingly, and intentionally conspired to distribute a Schedule II controlled substance, specifically, methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(C).

COUNT SIX: (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)—Possession with Intent to Distribute Methamphetamine)

On or about April 20, 2017, in the Northern District of California, the defendants,

        RICARDO RIOS-ANGULO,
        a/k/a Ricardo Perez-Lopez, and
        SERGIO ANTONIO PADILLA-LOPEZ,

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, specifically, methamphetamine, its salts, isomers, and salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

<u>FORFEITURE ALLEGATION</u>: (21 U.S.C. § 853 and 28 U.S.C. § 2461(c))

1. The allegations contained in Counts One through Six of this Indictment are hereby realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

2. Upon a conviction of an offense alleged in Counts One through Six of this Indictment, the defendant,

RICARDO RIOS-ANGULO,
a/k/a Ricardo Perez-Lopez,

shall forfeit to the United States all right, title, and interest in property constituting and derived from any proceeds the defendant obtained, directly or indirectly, as a result of said violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to:

  a. ONE AR-15-type rifle, .223 caliber, bearing no serial number;
  b. ONE Cobra pistol, .38 caliber, bearing serial number CP038406;
  c. ONE Springfield pistol, .38 caliber, bearing serial number N500887;
  d. FIFTY rounds of .38 caliber ammunition;
  e. ONE 2011 GMC Sierra bearing California license plate number 23517B2;
  f. ONE 2006 Chrysler 300 bearing California license plate number 7DUP483; and
  g. a forfeiture money judgment, including $8,000 in cash.

3. Upon a conviction of an offense alleged in Counts One and Two of this Indictment, the defendant,

ANGEL LOPEZ-RIVERA,

shall forfeit to the United States all right, title, and interest in property constituting and derived from any proceeds the defendant obtained, directly or indirectly, as a result of said violations, and any property

used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

    4.    Upon a conviction of an offense alleged in Counts Three and Four of this Indictment, the defendant,

**MARTHA ZUNIGA-TIRADO,**

shall forfeit to the United States all right, title, and interest in property constituting and derived from any proceeds the defendant obtained, directly or indirectly, as a result of said violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to: ONE 1999 Mercedes E350 bearing California license plate number 7TTM218.

    5.    Upon a conviction of an offense alleged in Counts Five and Six of this Indictment, the defendant,

**SERGIO ANTONIO PADILLA-LOPEZ,**

shall forfeit to the United States all right, title, and interest in property constituting and derived from any proceeds the defendant obtained, directly or indirectly, as a result of said violations, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

    6.    If, as a result of any act or omission of the defendants, any of said property

        a.    cannot be located upon the exercise of due diligence;

        b.    has been transferred or sold to or deposited with, a third person;

        c.    has been placed beyond the jurisdiction of the Court;

        d.    has been substantially diminished in value; or

        e.    has been commingled with other property which cannot be divided without difficulty;

any and all interest the defendant has in any other property, up to the value of the property described in paragraph 2 above, shall be forfeited to the United States pursuant to Title 21, United States Code, Section 853(p).

All in violation of 21 U.S.C. § 853, 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.

DATED: May 4, 2017

A TRUE BILL

_____
FOREPERSON

BRIAN J. STRETCH
United States Attorney

_____
JEFF NEDROW
Chief, San Jose Branch Office

(Approved as to form: _____ )
AUSA SCOTT SIMEON

INDICTMENT        6

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**
SAN JOSE DIVISION

**DEFENDANT - U.S**

▶ RICARDO RIOS-ANGULO a/k/a Ricardo Perez-Lopez

DISTRICT COURT NUMBER

CR-17 00237

FILED
MAY 04 2017
SUSAN Y. SOONG
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

BLF
NC

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
5-17-70586-MAG

Name and Office of Person Furnishing Information on this form  BRIAN J. STRETCH
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Scott Simeon

**DEFENDANT**
IS NOT IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☒ On this charge
5) ☐ On another conviction  } ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:  Before Judge:

Comments:

ATTACHMENT TO PENALTY SHEET

U.S.
v.
RICARDO RIOS-ANGULO a/k/a Ricardo Perez-Lopez

**OFFENSES CHARGED:**
21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A), and (b)(1)(C)—Conspiracy to Distribute Methamphetamine; 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and (b)(1)(C)—Possession with Intent to Distribute Methamphetamine; 21 U.S.C. § 853 and 28 U.S.C. § 2461(c)—Criminal Forfeiture

**Count One:** (21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)—Conspiracy to Distribute Methamphetamine)

    Penalties:
    Mandatory minimum 10 years imprisonment
    Maximum lifetime imprisonment
    Maximum Fine              $10,000,000
    Supervised Release:       5 years
    Special Assessment:       $100

**Count Two:** (21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)—Conspiracy to Distribute Methamphetamine)

    Penalties:
    Mandatory minimum 10 years imprisonment
    Maximum lifetime imprisonment
    Maximum Fine              $10,000,000
    Supervised Release:       5 years
    Special Assessment:       $100

**Count Three:** (21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(C)—Conspiracy to Distribute Methamphetamine)

    Penalties:
    Maximum Prison Sentence:   20 years imprisonment
    Maximum Fine:            $1,000,000
    Supervised Release:       Minimum 3 years
    Special Assessment:       $100

**Count Four:** (21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(C)—Conspiracy to Possess with Intent to Distribute, and to Distribute, Methamphetamine)

    Penalties:
    Maximum Prison Sentence:   20 years imprisonment
    Maximum Fine:            $1,000,000
    Supervised Release:       Minimum 3 years
    Special Assessment:       $100



**Count Five:** (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)—Possession with Intent to Distribute Methamphetamine)

    Penalties:
    Maximum Prison Sentence:    20 years imprisonment
    Maximum Fine:    $1,000,000
    Supervised Release:    Minimum 3 years
    Special Assessment:    $100

**Count Six:** (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)—Possession with Intent to Distribute Methamphetamine)

    Penalties:
    Maximum Prison Sentence:    20 years imprisonment
    Maximum Fine:    $1,000,000
    Supervised Release:    Minimum 3 years
    Special Assessment:    $100

**FORFEITURE ALLEGATION:**    21 U.S.C. § 853 and 28 U.S.C. § 2461(c) — Criminal Forfeiture

    Penalties:
    Forfeiture

Δ1

AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

---OFFENSE CHARGED---

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location

**NORTHERN DISTRICT OF CALIFORNIA**
SAN JOSE DIVISION

---DEFENDANT - U.S---

▶ ANGEL LOPEZ-RIVERA

DISTRICT COURT NUMBER

**CR - 17  00237**

FILED
MAY 04 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

---PROCEEDING---

Name of Complainant Agency, or Person (& Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

}  SHOW DOCKET NO.

}  MAGISTRATE CASE NO.

Name and Office of Person
Furnishing Information on this form   BRIAN J. STRETCH
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   Scott Simeon

**IS _NOT_ IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☒ On another conviction            } ☐ Federal  ☒ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer   ☐ Yes   } If "Yes" give date
been filed?    ☐ No       filed

DATE OF ARREST ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶   Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

---ADDITIONAL INFORMATION OR COMMENTS---

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

## ATTACHMENT TO PENALTY SHEET

## U.S.
## v.
## ANGEL LOPEZ-RIVERA

**OFFENSES CHARGED:**
21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)—Conspiracy to Distribute Methamphetamine; 21 U.S.C. § 853 and 28 U.S.C. § 2461(c) — Criminal Forfeiture

**Count One:** (21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)—Conspiracy to Distribute Methamphetamine)

    Penalties:
    Mandatory minimum 10 years imprisonment
    Maximum lifetime imprisonment
    Maximum Fine          $10,000,000
    Supervised Release:    5 years
    Special Assessment:    $100

**Count Two:** (21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)—Conspiracy to Distribute Methamphetamine)

    Penalties:
    Mandatory minimum 10 years imprisonment
    Maximum lifetime imprisonment
    Maximum Fine          $10,000,000
    Supervised Release:    5 years
    Special Assessment:    $100

**FORFEITURE ALLEGATION:** 21 U.S.C. § 853 and 28 U.S.C. § 2461(c) — Criminal Forfeiture

    Penalties:
    Forfeiture



AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**DEFENDANT - U.S**
▶ MARTHA ZUNIGA-TIRADO

DISTRICT COURT NUMBER
CR-17 00237 BLF

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
5-17-70585-MAG

Name and Office of Person Furnishing Information on this form  BRIAN J. STRETCH
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  Scott Simeon

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)
NDCA

FILED
MAY 04 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction  ☐ Federal  ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:   Before Judge:

Comments:

## ATTACHMENT TO PENALTY SHEET

## U.S.
## v.
## MARTHA ZUNIGA-TIRADO

**OFFENSES CHARGED:**
21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(C)—Conspiracy to Distribute Methamphetamine; 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)—Possession with Intent to Distribute Methamphetamine; 21 U.S.C. § 853 and 28 U.S.C. § 2461(c) — Criminal Forfeiture

**Count Three:** (21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(C)—Conspiracy to Distribute Methamphetamine)

    Penalties:
    Maximum Prison Sentence:    20 years imprisonment
    Maximum Fine:    $1,000,000
    Supervised Release:    Minimum 3 years
    Special Assessment:    $100

**Count Four:** (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)—Possession with Intent to Distribute Methamphetamine)

    Penalties:
    Maximum Prison Sentence:    20 years imprisonment
    Maximum Fine:    $1,000,000
    Supervised Release:    Minimum 3 years
    Special Assessment:    $100

**FORFEITURE ALLEGATION:**   21 U.S.C. § 853 and 28 U.S.C. § 2461(c) — Criminal Forfeiture

    Penalties:
    Forfeiture



AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**

SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location

**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

**DEFENDANT - U.S**

▶ SERGIO ANTONIO PADILLA-LOPEZ

DISTRICT COURT NUMBER

CR-17 00237 BLF

FILED MAY 04 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction   } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

5-17-70601-MAG

Name and Office of Person Furnishing Information on this form   BRIAN J. STRETCH
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Scott Simeon

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

ATTACHMENT TO PENALTY SHEET

U.S.
v.
SERGIO ANTONIO PADILLA-LOPEZ

**OFFENSES CHARGED:**
21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(C)—Conspiracy to Distribute Methamphetamine; 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)—Possession with Intent to Distribute Methamphetamine; 21 U.S.C. § 853 and 28 U.S.C. § 2461(c) — Criminal Forfeiture

**Count Five:** (21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(C)—Conspiracy to Distribute Methamphetamine)

Penalties:
Maximum Prison Sentence:   20 years imprisonment
Maximum Fine:              $1,000,000
Supervised Release:        Minimum 3 years
Special Assessment:        $100

**Count Six:** (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)—Possession with Intent to Distribute Methamphetamine)

Penalties:
Maximum Prison Sentence:   20 years imprisonment
Maximum Fine:              $1,000,000
Supervised Release:        Minimum 3 years
Special Assessment:        $100

**FORFEITURE ALLEGATION:**   21 U.S.C. § 853 and 28 U.S.C. § 2461(c) — Criminal Forfeiture

Penalties:
Forfeiture